OPINION — AG — ** ANATOMICAL BOARD — DONORS ** THE STATE ANATOMICAL BOARD MAY ACT AS DONEE OF GIFTS OF BODIES WHERE THE BOARD MAINTAINS UNDER ITS CONTROL A BODY STORAGE FACILITY FOR MEDICAL AND/OR DENTAL EDUCATION, RESEARCH, ADVANCEMENT OF MEDICAL OR DENTAL SCIENCE THERAPY OR TRANSPORTATION. (BODIES, GIFT, HOSPITAL) CITE: 63 O.S. 106 [63-106], 63 O.S. 2201 [63-2201], 63 O.S. 2204 [63-2204] [63-2204](C) (ALLEN HARRIS)